

U.S. Department of Justice

**Federal Bureau of Prisons**

*Northeast Regional Office*

*Via Certified and Return-Receipt Mail*

U.S. Custom House-7th Floor
Philadelphia, Pennsylvania 19106

December 30, 2005

Bobbi L. Bolton, Reg. No. 07304-031
P.O. Box 69126
St. Louis, MO 63169

RE: Administrative Tort Claim No. TRT-NER-2005-01498

Dear Ms. Bolton:

Your request for reconsideration for Administrative Tort Claim
No. TRT-NER-2005-01498, properly received by this agency on
December 13, 2005, has been considered for settlement as provided
by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under
authority delegated to me by 28 C.F.R. § 543.30.  You seek
compensatory damages in the amount of $2,000,000.00 for an
alleged personal injury.  Specifically, you assert staff at the
Federal Correctional Institution (FCI), Danbury, Connecticut,
retaliated against you because you filed grievances.  You further
claim you had to be placed on suicide watch, were on the verge of
a nervous breakdown and excessive force was used to place you in
restraints.

After careful reconsideration, I have decided not to offer a
settlement.  You provide no new information which would warrant
further settlement consideration.  Therefore, your request for
reconsideration is being denied.

Accordingly, your claim is denied.  If you are dissatisfied with
this decision, you may bring an action against the United States
in an appropriate United States District Court within six (6)
months of the date of this letter.

Sincerely,

Henry J. Sadowski
Regional Counsel

cc: W. S. Willingham, Warden, FCI Danbury

February 20, 2005


Bobbi L. Bolton
07304-031
FMC-Carswell
P.O. Box 27137
Ft. Worth, TX  76127


Alberto Gonzalez, Attorney General
Main Justice Building
Tenth Street & Constitution Avenue, N.W.
Washington, D.C.  20530


Dear Mr. Gonzalez:

I am presently an inmate in the Federal Bureau of Prisons and I'm writing due to being very harshly punished for no reason whatsoever in FCI-Danbury.  I believe it was retaliation due to another civil suit that I had pending prior to being housed in Danbury.  The court date was fast approaching for the hearing and F.B.O.P. Attorney Jenifer Grundy and Northern District of Florida Assistant U.S. Attorney Robert Stinson  along with my attorney were coming to visit and calling very regularly.  Therefore, staff was well aware of the upcoming hearing and the reason(s) for them.

Upon entering the prison there I had told the counselor my situation because the initial paperwork asked certain questions and he asked me certain questions as well about being raped and was it a staff member, etc. I was honest even though I didn't feel comfortable telling this information.

Not only did I inform them of the rape but also of an enemy that was housed at FCI-Danbury, Michelle Ortiz.  I told them at the initial screening and I also wrote a cop out to my Unit Manager at the time, Mr. Nichols. Nothing was done and after being in Special Housing for a week a bed became available and I was placed in general population without any sort of investigation.

I went on the compound on April 14th, 2004, and within two to three weeks Michelle Ortiz had approached me on three separate occasions cursing me and threatening me.  I spoke to my Case Manager, Mrs. MacArthur, Lt. Ramadan, and my Counselor, Mr. Mietelski.  They all basically told me there was nothing they could do unless there was a fight and then I would lose 27 good days (at least).  I tried to deal with it but my nerves were so bad I couldn't.

During the three week period that I remained on the compound I was placed in a ten man bus stop.  The inmate (Tammi Peasley) that slept over me was absolutely filthy (blood on towels hanging on the end of the bed, picking her feet and throwing "whatever" on the floor, hanging wet and stinky clothing from work over the edge of the bed, etc.).  After attempting to speak with her politely and respectfully she cursed me out.  When the behavior didn't

stop I went to Counselor McMahon and explained to him what was going on in the room.  I even went on to tell him that I was suffering from PTSD and depression and that I had tried to speak with her; However, to no avail.  I even told him she was not supposed to be over me, Juanita Torres was in fact the inmate who was supposed to be in that specific bed.  He (McMahon) assured me he would take care of it that very day, right away.  He did nothing!

Several days passed and I was literally a basket case.  I couldn't sleep due to the filth and stink all around the bed and several nights at midnight count I would be up because I couldn't sleep.  The night of April 13th, I begged staff to put me in the SHU, I felt that I was on the verge of a nervous break-down.  The next day I was literally shaking and couldn't stop.  I was placed in segregation for P.C.

Between Michelle Ortiz, Tammi Peasley, the fighting, constant arguing, screaming, cursing, open homosexuality...I couldn't take anymore!

I went into segregation on May 5th, 2004.  No one came to talk to me or investigate anything until the week of July 24th.  I didn't see anyone until my mother contacted Congressman Clay and he sent an inquiry.  They came and asked me "what's her name?"  I explained to them the way she would curse and threaten me and they didn't care.

Approximately a month later they,Unit Team,  told me if I didn't go back on the compound I would be written a shot for "refusing a program".  I was in fear and did not feel that I could handle it.  That compound horrified me because there were not enough staff members and too many crazy, wild people. There were fights every, single day and no staff to control the behavior!

On August 20th, I returned to the compound because they said the inves-tigation was unfounded.  I asked for this report in writing but was denied. In the policy statement it states that an inmate can go into P.C. at anytime however this was refused to me.  It appeared to me that they wanted me to get in trouble and lose good time.

I was even written up for a 305, contraband, for having ear plugs!!! The place was always so loud, full of cursing, and arguing, and fighting... that's why I had ear plugs.  I've seen other people written up for razors, fighting, cursing others, etc. and nothing was done!!! But my commissary was suspended for thirty days.  Sir, I take correspondence courses and that was why I needed a little quiet time.

On two occasions I was cursed and threatened by Michelle Ortiz in the presence of staff.  The first time was in the presence of C.O. Restreppo and the second time in the presence of C.O. Meliti.  Neither incident was written up against this inmate.  After the first occasion (Restreppo) I spoke with Lt. Hernandez and she said it was documented in the log book! After the second occasion I wrote the officer up (BP-9).  I don't curse and I refuse to subject myself to this kind of behavior repeatedly and the officers refuse to do their job!  But I got wrote up for ear plugs ( I just want you to keep that in mind!)  How would you feel?!

During the time at Danbury I had to be placed on anti-depressants for depression and to get some sleep.  Since arriving at Carswell I haven't had the need for any of the medication I was on there except for the tumor medication I take for my hormonal levels.

In October I was accosted by another inmate, A. Montague, in our room.
There was no officer in the unit (as usual) and she continued to rant and
rave and I didn't say anything other than "Please don't speak to me".  This
only made her more angry.  She called me, "bitches, Bible-thumper bitches, etc.")
I left the room and went into the hallway to speak with a friend.  The
officer (Hewitt) happened to come into the unit and went into the room only
to find her.  He took her to the Lt.'s office.  About 20 or 30 minutes later
they came and took me over to the Lt.'s office, also.  I explained to the Lt.
(Ueberoth) that I had not done anything to her and that I had asked her to
please refrain from speaking to me because she cursed too much and I didn't
speak that language.  He told me that if we had another arguement that we
would both be placed in the SHU and he would make sure  we were housed
**together!**  I tried to understand but I couldn't!  I did nothing and I re-
fused to be threatened and harassed for another's behavior.  Many women
there are crazy and staff knows it.  I cannot be responsible for what she
might do!!!  I wrote the incident up on November 18th and was placed in the
SHU on November 19th due to writing an incident report!!!

I had requested on numerous occasions to be transferred to Mitchell-
ville, Iowa,or Topeka, Kansas to a state facility which houses federal
inmates.  On October 4, 2004, I was told I was simply waiting on a bed in
either facility.  As of January 19, 2005, I hadn't heard anything on the
transfer to either facility--I don't believe they ever intended to trans-
fer me.

After being forced out of P.C. in August (2004), I contacted my
Congressman (Clay) again.  Upon William Clay receiving my correspondence
he wrote to William Willingham, the Warden at FCI-Danbury.  Mr. Willingham
wrote to Congressman Clay and told him that I came out of the SHU
voluntarily which was an outright fabrication!!!  Congressman Clay
sent me a copy of the correspondence from Warden Willingham and I approached
Willingham on mainline about it.  He said, "you did come out voluntarily,
you could have stayed in the SHU you just would have received a shot!"  That's
not voluntarily!  He went on to say, "if you want to go back in right now
you can but you will receive a shot" and smiled.

In August, upon being forced from the SHU, I was placed in Unit 11F.
I was put in a 20 man room which was approximately 15 ft. by 35 ft.  No win-
dows opened in the room, there was one fan that sat at the end of my bed
that covered the entire room, there was constant arguing because of the
circumstances, constant homosexual acts taking place, etc.  After being in
this situation, I got very depressed.  To add to this my Unit Manager, R.
Shamro, refused me a locker for several weeks.  I went without a locker
the entire time I was in this room which was approximately three weeks.
He kept telling me to use a green duffel bag!!!

Finally, I went to Counselor Staiger and requested a BP-9 because
I had went to the law library and found out I had the right to have a
locker.  Between him and Mr. McMahon (counselor) I went to suicide watch.
They were very rude and refused to take the 8 1/2's and give me BP-9's so
that I could move forward.  I began to cry uncontrollably and telephoned
my attorney, he (John Green) at that time wrote Region (Northeast, Phil-
adelphia, PA).  I have copies of correspondence for your review if so
requested.

After this incident I was placed in a two man cubicle which was really
nice.  My room mate was a nice lady and we got along nicely, she too was
a Christian.  Approximately a week later a note was on my bed upon return-
threatening

ing from work one day.  I reported it to the officer on duty.  The Lt. (Her-
nandez) placed me and Ortiz in the SHU for investigation.  No investigation
ensued.  We were placed in the SHU from Thursday evening until Monday morn-
ing and placed back on the compound.  During these three days Ortiz cursed
me repeatedly in front of staff and nothing was done.  This was when she
cursed me and threatened me in front of C.O. Restreppo and C.O. Ray.  Lt.
Hernandez told me that she had been made aware of it and it was documented
in the log book;  However, no shot was written.

On November 19, 2004, I had a hearing by phone for my civil suit against
F.B.O.P.  Upon ending the conversation I was immediately placed in the SHU.
I remained in the SHU until I departed FCI-Danbury for medical reasons on
January 19, 2005.  I was told that I was placing myself in protective cus-
today and refused to sign the paperwork because I did not ask to be placed
in P.C.  I was forced into segregation and new paperwork was drawn up and
brought to me later that evening.  They placed me in P.C.

After being placed in the SHU for approximately a week I began to ask
questions.  I'd try to speak to everyone and anyone I could;  However, no
one had any answers.  After several weeks I began to get depressed and even
suicidal.  On December 12, 2004, I wrote C.O. Moorman a cop out expressing
my feelings and the fact that I had attempted suicide before, to please help
me.  I even had him to take all of my property out of my cell and place it
in my property in the property room.  **No one came to  even speak to me!!!**
They didn't want to be bothered and especially with me!!!  The next day I
spoke with another  officer and she called a different Lt. (Holmes), he came
over immediately and telephoned the psychologist that was on call (Parr).
Dr. Parr had me placed in suicide watch for observation.  The next day
Psychologist Rentler came to see me at approximately 12:30p.m. and he asked
me one question:  (1) How are you Ms. Bolton? and then he stated that he
was placing me back in the SHU.  I did tell him that if I had to go back to
the SHU that I didn't know what I would do to myself because I was ex-
tremely depressed.

Approximately 30 minutes later Rentler came to the door and handed
me the clothing for the SHU and I put it on.  He then asked me to give
him the sheets off of the bed and I handed it to him.  Then, Lt. Gussack
told me to put my hands through the hole in the door so he could restrain
me and I did that.  At that time they opened the door and I saw about 20
people in black attire with hoods in the hallway and one lady with a video
camera pointed toward me, filming my actions.

I was totally surrounded and escorted out of the suicide watch room into
the hallway.  At that time Mr. Wardenberger (Medical Records) was holding
a blanket up over the glass door to stop anyone from seeing what was going
on.  This really frightened me because I sincerely thought they were get-
ting ready to beat me up with sticks and fists.  However, they didn't.  They
placed a metal, belly-type chain around me really tight with a black box,
and shackles on my ankle area.

At that time I was taken back to the SHU and placed in a dry cell.
I was housed in this dry cell from Monday (12-13-04) through Friday (12-17-04).
The captain refused to loosen the restraints in which I asked him to do
upon being placed in this cell.  I was kept this way for four days.  I was
refused bathroom privileges, I was refused legal calls, legal mail, etc.

I, also, at this time asked the captain why I was being placed in this part-
icular cell? And his response was that it was to keep me from harming myself
or others.   I had no idea I would be kept this way for days.  I also couldn't
understand why I was being denied suicide watch when my records clearly
indicate a need.  It is in my file that I suffer from severe depression,
PTSD, and have attempted suicide while in the halfway house in 2000.  I
had also been informed that I could possibly have cancer in my nasal/
throat area.  Rentler, Shamro, Willingham and medical staff were all aware
of  all of these facts!!!

     While being in this dry cell, I was denied the use of the restroom,
I was denied a shower for six days, many rights were violated,.due process
violations, racism, excessive force, battery, assault and many other human
rights violations which resulted in deprivation.  I was the victim of
cruel and unusual punishment on the behalf of many staff members in the
FCI-Danbury facility and I will prove such in court!!!  This will not go
unpunished!!!

     While in the dry cell I was denied paper, pencil and stamps to corres-
pond with my attorney's.  I was denied legal calls.  In order to write my
attorney another inmate had to put her name and number on my mail to get
it out of the facility.  Another inmate telephoned my attorney because
of the way I was tied up and being mistreated and my phone priviledges were
taken until July 4, 2005.  DHO refused to even call any witnesses!!!
And in the DHO report Mr. Ryan states that he received a memo from R. Shamro
and this assisted  in his finding of guilty!!! (On November 23, 2004 I was
written up by Mr. Shamro for saying, "Jesus is my Avenger!" and it was
dismissed by DHO.  This time he was going to make sure it stuck, I assume).

     The disciplinary report I received for the misuse of the telephone was
a 297.  Another inmate (Gigianna Jones) told me that she didn't feel it was
fair because she had received three of the same violations before our unit
team referred her to DHO.  Twice they gave her 30 day phone restriction and
dropped it to a 300 series disciplinary report on both occasions.  It wasn't
until the third incident that they referred her to DHO!!!  We both had the
exact same unit team (West Team).

     For several days during December 13th thru 17th I repeatedly used the
bathroom on myself.  The Captain had told the CO's that they had to call
the Lt.'s office and have a female officer come and take me to a bathroom.
Sometimes this would take 15 minutes and if they were busy it would take an
hour!  My bladder is not on a time schedule!!!  Two or three times I had
a styrophone cup to go in;  However, if there was no cup I had to go where
I had to go.

     Prior to coming in from suicide watch several other inmates heard A.W.
Clay tell Captain Pummel to keep me in there until the end of the week!!!
I have 20 - 30 witnesses willing and ready to come to the witness stand
due to the abuse that they witnessed!!!

     On January 18, 2005, A.W. Clay hit a toilet paper roll that was in the
railing on the cell bars over the bed in which I was laying.  Her comment
was, "if I was trying to hit you I would have!"  Rather she was trying to hit
me or not she never should have done it!!!  That institution is frightening

and staff does nothing, absolutely nothing, to ensure an orderly running of
the facility!!!  There are fights daily, people cursing one another out
constantly,..  I've witnessed officers get spit on and injured and nothing
was done!  I thought I had died and gone to hell!!!  When I finally did speak
with Warden Willingham his response was, "prison is depressing" and walked
away!!!  He actually told me that he condoned what the captain did to me!!!

He (Willingham) told me that I was uncooperative!  I was never uncooper-
tive!!! That's a lie because  they  know I'm not going to drop this matter.
If I was so uncooperative why wasn't I issued a disciplinary report?!  I was
written on for having ear plugs and for saying "Jesus is my Avenger".

Another issue I want to raise is the fact the my education was suspended
due to their nonsense!  I currently take classes toward my degree in Theology
and I'm enrolled in a program to receive my ministry licensing.  By my being
in  the SHU I lost time in school and this was a deprivation of my rights
as well.  Upon writing this up I was told by Counselor Staiger that education
was a priviledge and not a right.  However, after searching policity state-
ments I found out that education is a right!!!  And as you can see many of
mine were violated!!!  B.O.P. policy statement states that inmates have a right to ed-
cation for the betterment of self.

Let me explain something...In February of 2003, I began to walk sincerely with the LORD.
This is not a game for me, I live my entire life for Him, no longer myself.  Now, I'm studying
to receive my ministry licensing, my degree in Theology, and I take many Bible studies from
different places all across the country.  I plan to become a minister upon my release.  I no
longer curse, argue, lie or steal...Yes, I did all of the above in the past; However, I am
a new creature in Christ, the old is gone and the new has come,  Thank God!!!  Many women
here hate me because I've changed my life for the better and I no longer choose to walk in
a life of dissipation.  When someone walks in the "light" it exposes their "darkness".  This
is why many hated Christ.  They didn't have a reason;  But, they hated Him still the same.
Everyday, all I do is study my Bible's and pray.  I don't bother anyone!!! I don't talk about
anyone, I pray for them...  When I came back into the system I knew I had done wrong and I
had no qualms about doing my time, growing closer to God while I was here was my goal, and
overall I had planned to walk through peacefully and quietly.  However, being at Danbury made
that impossible.  When I got there they had it out for me obviously.

I want to explain as best I can the relationship between Michelle Ortiz and myself.  I met
Ortiz in MCC-Chicago (2003).  Initially, she befriended me; However, I noticed that she had an
anger problem.  Arguing and fighting on several occasions;  Therefore, I began to steer clear
of her.  I believe this brought about anger on her part toward me.  She would come into my room
and curse me and say all kinds of evil things to me and I would simply continue to read my Bible.
My room-mates began to become angry by her behavior and asked her to leave our room on several
occasions.  I have their names and addresses if you would like them.

Once I got to Oklahoma Transfer Center other women that had been in Chicago told me Michelle
was in Danbury.  Knowing how she was I immediately told intake at FCI-Danbury.  I've explained
already that nothing was done.  I also explained to SIA Nordby that I had seen her attempt to
fight someone with a lock at MCC-Chicago and the person was at FCI-Danbury at the time;  But,
he refused to even question this individual.  I have a statement from her already.  The officer
that was on duty broke up the fight and did not write up the incident.  There were many wit-
nesses.   She (Ortiz) has threatened many other inmates, as well, that have made these threats
known to staff;  However, nothing has been done about her behavior.  I have the names of these
individuals, as well.

page 7

I explained to him (Nordby) that she (Ortiz) had a girlfriend and that I was in constant fear of the two of them jumping me to the point that I was walking the compound with ink pens in my pock- et for protection.

In November Ortiz had a fight with another Christian sister (Andrea James) in Unit 3C. They fought on Thursday or Friday. Over the weekend James went to the Lt.'s office and told Lt. Ahearn about the fight. Ahearn told James that he didn't want to lock her down and if he locked Ortiz in the SHU, he'd have to lock her down, too. He didn't want to do that because James had never been in any trouble which is understandable. What infuriated me though was that she was not being reported AGAIN for her violent behavior!!! I telephoned my mother the following Wednesday and told her what had transpired and how her (Ortiz) behavior was going unreported once again, making me look like I'm just crazy when in fact they knew that this person was a trouble maker. I told my mother to contact Congressman Clay with this information. This call took place at approximately 9:00 p.m. and they were woken from sleep at 1:30 a.m. and taken to the SHU for investigation that night!!! They were even more angry with me at this point because they had to do their job!

Upon entering the SHU Michelle Ortiz wrote SIA Nordby a cop-out stating that she had fought and wanted to waive any long term investigation and get it over with as soon as possible. The shot was dismissed due to lack of evidence. Michelle Ortiz was moved into my unit!!! I was retaliated against repeatedly!!!

The staff at FCI-Danbury violated every rule according to p.s. 5566.05 and the warden condoned their behavior! The warden (Willingham) told me I was uncooperative because I was hollering while they were taking me to the SHU in full restraints from the suicide room (like an animal). What happened was while they were chaining me up and began to walk me from the suicide area I began to pray which is something that I'm very proud of! The Bible says, "Out of a man's heart the mouth speaks" and when I was confronted with hatred, evil, and persecution for absolutely no reason I began to bless and pray as opposed to curse—Praise God!!! I thank God for filling me with the Holy Spirit so much that when man came to harm me I was able to pray for them!!! They are so full of hatred and curses that they hate a man whom lives for God, it's very sad...

I'm requesting that my designation be changed due to this harassment, I would very much like to stay at Carswell where people treat us with respect. I'm not saying it's perfect and I don't believe any prison would be perfect; But, I'm also not stressed to the point of suicidal thoughts and depression. Nor do I feel uncomfortable with my unit team. I feel that I'm being treated fair and that's all I ask.

I thank you for your time and attention in dealing with this matter. I am preparing paperwork presently to file in Bridgeport, CT, against FCI-Danbury for multiple reasons, many which are outlined in this letter. I look forward to hearing from you in the near future. God bless!

Sincerely and Respectfully,

Bobbi L. Bolton (07304-031)

CC:  Congressman Clay, St. Louis, Missouri
     SIA Ivy, FMC-Carswell, Ft. Worth, Texas
     Dept. of Justice, Washington, D.C.
     Medical Designator, Washington, D.C.
     Clerk of Court, Bridgeport, Connecticut