# JOHN L. GREEN

Attorney and Counselor At Law
John L. Green, J.D., Ph.D., C.P.A.



4888 Loop Central Drive
Suite 445
Houston, Texas 77081

713/660-7400
713/660-9921 fax
E-mail: jlgreen488@aol.com

September 8, 2004

Mr. G. L. Hershberger,
Regional Director
North Central Regional Office
4th State Avenue,
8th Floor
Kansas City, KS 66101-2493

Re: Bobbi Bolton
07304-031

Dear Sir:

We are forwarding this complaint received from Bobbi Bolton who is presently incarcerated in Dansbury, CT. We are her attorneys. She is experiencing post traumatic stress disorder episode and is on the verge of committing suicide. We will highly appreciate your expeditious attention to her complaint. Please also note that she is involved in litigation involving a rape that took place when she was incarcerated in a federal facility in Tallahassee, Florida. My understanding is that an inmate in the Dansbury Facility recently experienced a similar episode and terminated her life. Please answer Bobbi's cry and respond expeditiously.

Sincerely,

John L. Green, Attorney At Law

**U.S. Department of Justice**  **Regional Administrative Remedy Appeal**
Federal Bureau of Prisons

P. 1 of 2

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: BOLTON, BARBRA L    07304-031    SHU 2/12    FCI-DAN
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** The reason I'm writing this on a BP-10 is because I have a hard time receiving greivances & when I do finally receive them I can't get copies. I have forwarded you one grievance already based on retaliation, now I'm forwarding a second one. Nearly everyday ~~one of these~~ certain L's come in the SHU to make their Rounds. They go cell to cell asking everyone in here if they need anything. When they get to my cell they ignore me & move onto the next cell as if I'm not here. Last week Lt. Gussak told me I had to remove a sheet at the end of my bed. A number of women have a sheet at the end of their beds as a form of privacy for using the bathroom because there is no door (only bars) and men work in the SHU. They treat me biasly b/c I am currently in litigation due to being raped by a staff member. I DID NOT RAPE Him, HE RAPED ME & I do not appreciate being treated like I did something wrong! I'm truly getting tired of it

6/19/04
DATE

Signature: Bobbi L Bolton
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____    _____
DATE                 REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C—RECEIPT**                    CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

6-13-04

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: **BOLTON, BOBBI L**     **07304-031**     **SHU 2/2**     **FCI-DAN**
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A—REASON FOR APPEAL**

I have been denied recreation for the past two (2) days. I did not get rec on Thursday (6/17/04) and today I was told by C.O. Gannon we would not have outside rec; Therefore, I accepted inside rec & about 10 minutes later C.O. Balentine came in as the third officer. It is very, very loud in here (i.e. constant screaming, beating, cursing..). I explained to Gannon I needed to get out of here for a little while & I was denied. I'm very close to breaking down in here, I don't think I can take much more & I'm very serious. It is my right to get rec & I need it.

6/20/04     Bobbi L. Bolton
DATE           SIGNATURE OF REQUESTER

**Part B—RESPONSE**




DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C—RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SENSITIVE

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: **BOLTON, BOBBI, L**     07304-031     Z-2/12     FCI-DAN
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** I am filing a formal complaint against psychology, namely Dr. Rentler. The day prior to placing myself in P.C. I had went to Mr. Rentler in his office (my Unit 3C). I was sent to his office by Dr. "O" (in Unit 9I) b/c I was very depressed, upset, crying... Upon going to his office I was not offered any type of help. He explained to me that he had looked at my medical history on the computer & the best that he could do is see me approximately every 2 weeks. I explained to him that I was in fear for my safety due to an enemy on the compound, that I was very depressed being so far from my family, that I wasn't getting any sleep due to my bunky, that I was very afraid & nervous & distraught being back in custody (B.O.P) after being raped by a C.O... He did absolutely nothing! 6/14/04, Rentler came into the SHU & I explained to him that I need something mild to help sleep & he refused b/c he said the need was stimulated by outside sources (noise). I suffer from P.T.S.D., Severe depression, Suicidal tendencies & I have a hormonal tumor which effects these 6/15/04 illnesses in a negative manner. I want to put this in writing b/c if I should have another nervous breakdown or setback I want it documented.

DATE 6/15/04     SIGNATURE OF REQUESTER: Bobbi L. Bolton

**Part B- RESPONSE**

_____     _____
DATE     WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE     CASE NUMBER: _____

CASE NUMBER: _____

U.S. DEPARTMENT OF JUSTICE　　　　　　REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

05 26 04

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __BOLTON, BOBBI, L__　__07304-031__　__SHU__　__FCI-DAN__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　REG. NO.　UNIT　INSTITUTION

**Part A – INMATE REQUEST**

I received five (5) grievances from my counselor, Mr. Mitielski, last night. Upon the time of receipt I was told that MR. McMahon had told him that he had given me the BP-9's. I am tired of being lied on & lied to by B.O.P. staff members! It is because of this type of behavior that I have opted to place myself in protective custody. I am constant fear of being lied on by staff and/or inmates because of the rape and the pending suit against B.O.P. I honestly thought that by removing myself from the compound I'd eliminate that type of behavior, I'm going above & beyond to try & do the best thing for everyone in this situation and in return I'm being treated improperly, as usual.

5/29/04　Please see to it that things are done timely & appropriately & that I'm not lied on. I'd truly appreciate that!　　Bobbi L. Bolton
DATE　　　　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B – RESPONSE**

_____　　　_____
DATE　　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE　　　　　CASE NUMBER: _____

CASE NUMBER: _____

U.S. DEPARTMENT OF JUSTICE                           REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

5·26·04·Q

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: **BOLTON, BOBBI, L**     **07304-031**     **SHU**     **FCI-DAN**
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Part A— INMATE REQUEST

I wanted to put in writing the fact that it took 17 days to receive adm. remedies. (I requested the grievances for the first time on 5/9/04 & I received them on the above date). I did receive one BP-9 on 5/14/04 and because I was not able to get copies (I was told the copier was broken on 5/16/04) I had to forward the BP-9 to my attorney for copies. I have forwarded a Sensitive to Region because of this and other things which are mentioned in the other complaint & the Sensitive.
At this time I have requested a referral to a state prison (namely Iowa). I'm awaiting the outcome of that request before grieving other issues because my main concern is getting somewhere whereby I feel safe & secure. Please address this issue w/ the appropriate staff members. Thank you. & I would like to receive paperwork in a timely manner (I don't ask for much!)

5/27/04
DATE                                               SIGNATURE OF REQUESTER

Part B— RESPONSE

_____                    _____
      DATE                                               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                          CASE NUMBER: _____

                                                    CASE NUMBER:

*never responded to* ~~[crossed out]~~

**DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **BOLTON, BOBBI L**  **07304-031**  **SHU 2/4**  **FCI-DAN**
   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT      INSTITUTION

**Part A - INMATE REQUEST**

I realize that not many inmates have goals here; However, I'm trying to better myself and even though my unit staff may not care I'm more than sure a jury will! These classes are not offered through the prison and are no expense to the prison. As so eloquently stated by Staiger on the 8½ "it's a privilege and not a right... my current status prevents this privilege..."; However, my grievance is the fact that I have done absolutely nothing to have that privilege, or any privilege revoked! I have been an obvious target of retaliation and I will prove such in Federal Court. I am afraid for my safety (mentally/emotionally/physically) and I'm requesting again to be transferred immediately. Thank you!

**12/9/04**    *Bobbi L. Bolton*
   DATE         SIGNATURE OF REQUESTER

**Part B - RESPONSE**

See attached

**RECEIVED DEC 17 2004**

_____    _____
DATE                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: **361898-F1**

                                            CASE NUMBER: _____

**Part C - RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                     RECIPIENT'S SIGNATURE (STAFF MEMBER)

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: **BOLTON, BOBBI, L.**   07304-031   CCS   FMC-Cars
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL**

Due to being forced into the SHU on 11/19/04 I was unable to complete alot of my ~~school~~ work in which I take through correspondence. When I wrote an 8½ I was told "education was a privilege & not a Rt." Upon reviewing B.O.P. P.S. under § 541.10, "education is a Rt." I was denied that Right at FCI-Dan. Someone needs to go there & do something about the injustices that go on there — it's horrible!!! To be honest, I don't believe that will happen; therefore, All of these matters will be brought forth in Fed. Crt. The things I went through never, ever should've happened!

2-28-05
DATE

Bobbi L. Bolton
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)