DISTRICT OF CONNECTICUT

**ORDER ON PRETRIAL DEADLINES:  Civil Action No. _____ (AHN)**

Unless otherwise ordered by the Judge to whom this case is assigned, the parties shall adhere to the following deadlines:

(a) **In accordance with Local Civil Rule 26(e), within 30 days of the appearance of the defendant, the parties shall confer for the purposes described in Fed. R. Civ. P. 26(f).  Within 10 days thereafter, the parties shall jointly file a report on Form 26(f), which appears in the Appendix to the Local Civil Rules.**

(b) All motions relating to joinder of parties, claims or remedies, class certification and amendment of the pleadings shall be filed within 60 days after the filing of the complaint, the filing of a petition or removal or the transfer of an action from another District;

(c) All motions to dismiss based on the pleadings shall be filed within **90** days after the filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District;

(d) **Formal discovery pursuant to the Federal Rules of Civil Procedure may not commence until the parties have conferred as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(e) and a scheduling order is entered pursuant to Fed. R. Civ. P. 16(b).  Informal discovery by agreement of the parties is encouraged and may commence at any time.  Unless otherwise ordered, discovery shall be completed within** 6 months after the filing of the complaint, the filing of a petition for removal, or the date of transfer of an action from another District;

(e) **All motions for summary judgment shall be filed within seven (7) months after the filing of the complaint or a petition for removal, or the date of transfer from another District.**

<u>**Before any party shall file a motion to dismiss or a motion for summary judgment or partial summary judgment, that party shall contact both opposing counsel and the court to schedule a pre-motion conference.  At this conference, the parties will address the court as to whether the filing of such a motion is appropriate. Rule 56(a) statements should not be filed prior to this conference.  At the time of the conference, counsel will articulate the grounds on which they intend to move to dismiss or the material issues they contend are disputed or undisputed in the case.  Counsel should be prepared to refer to the evidentiary record in support of these contentions.  No motions to dismiss or for summary judgment will be entertained unless such a pre-motion conference has been held.**</u>

<u>**All memoranda citing Supreme Court cases must contain both the U.S. and Supreme Court Reporter citations.  If an unpublished opinion or decision is cited, a copy of the opinion or decision should be submitted with the memorandum.  A copy of any opinion or decision not found in the U.S. Reports, Federal Reporter, Federal Supplement or Connecticut Reporters, should be provided to the court as well.**</u>

**Unless specifically ordered by the Court, an extension of time to comply with any one of the time limits in this Order does not automatically extend the time to comply with subsequent time limits.**

It is ORDERED that a copy of this Order be served with the complaint on a defendant by the plaintiff.

KEVIN F. ROWE
CLERK, U.S. DISTRICT COURT

(Rev. 1/2/03)