# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

2006 AUG -1 P 4:02

U.S. DISTRICT COURT

Bobbi L. Bolton
Name of Plaintiff/Petitioner

v.

Case No. 306CV1009AHN

Federal Bureau of Prisons
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Bobbi LeRae Bolton

   Your present mailing address: P.O. Box 69126, St. Louis, MO, 63169

   Telephone number: (314) 577-6396

2. Are you presently employed? YES X  NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. Beth Haven, 2500 Pleasant, Hannibal, MO 63401

   Weekly earnings: $232.05

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

   _____

   Date last worked: _____

   Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? $1100.00

   b) interest, dividends, rents or investments of any kind? 0

   c) gifts or inheritances of any kind? 0

6. How much money do you have in any checking or savings account(s)?

   Checking: $100.00

   Savings: $500.00

   Prison account: N/A

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES X  NO ___

   If YES, describe the property and state the approximate value: 1993 Buick Skylark — $1,000.00

8. How much money do you owe others? $145,000.

   For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| Student Loans | $145,000.00 |
|  |  |
|  |  |
|  |  |

9. List the persons who depend upon you for support, and state your relationship to them. **IF ANY PERSON IS A MINOR CHILD, IDENTIFY THAT PERSON BY INITIALS ONLY.**

Pa L. N.

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO X

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I was recently released from prison (5/5/06).

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. I was retaliated against by prison officials due to exercising my constitut-

(Additional space on next page)
ional rights.

## EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES _X_ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name Tim Meche

   Date you contacted this attorney approximately 4/1/06

   Method of contact (in person, by telephone, etc.) telephone

   Reason why attorney was not employed to handle your case He was not interested due to time constraints on his part. He has two offices (N.Y. and La.)

   b) Attorney's name Yale University

Rev. 2/3/05

Page 4

Date you contacted this attorney __May of 2006__

Method of contact (in person, by telephone, etc.) __telephone__

Reason why attorney was not employed to handle your case __b/c Students were preparing to leave for Summer break.__

c) Attorney's name __N/A__

Date you contacted this attorney _____

Method of contact (in person, by telephone, etc.) _____

Reason why attorney was not employed to handle your case _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.

__I have contacted other attorney's; However, no one knew of anyone in the State of Connecticut who could handle this case.__

16. Please provide any other information which supports your application for the court to appoint counsel. __I don't know enough about Court rules/regulations to handle this case properly.__

Rev. 2/3/05

Page 5

17. Do you need a lawyer who speaks a language other than English?
    YES ___ NO _X_

    If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

7/17/06
Date

_Signature_
Original Signature of Movant

P.O. Box 69126
St. Louis, MO
63169
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party

needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

FBOP,
William Willingham, Rt. 37, Danbury, CT, 06811    (7/  /06)
Asst. Warden Clay, Rt. 37, Danbury, CT, 06811    (7/  /06)
Richard Shamro, Rt. 37, Danbury, CT, 06811    (7/  /06)
Dr. Kentler, Rt. 37, Danbury, CT, 06811    (7/  /06)
Capt. Pummel, Rt. 37, Danbury, CT 06811    (7/  /06)
Lt. Smith, Rt. 37, Danbury, CT, 06811    (7/  /06)

                                      Delilt L. Bolt
                                  Original Signature of Movant