June 4, 2007

Bobbi L. Bolton, pro se
P.O. Box 69126
St. Louis, MO  63169

Donna Thomas, Clerk of Court
915 Lafayette Blvd.
Bridgeport, CT  06604

     Re: Case No.: 3:06CV1009(AHN)(HBF)

Dear Clerk Thomas:

     I telephoned today and spoke with Rhodi at the courthouse there, in Bridgeport. I was informed that my case was due to be dismissed due to lack of filing a response to the government's Motion to Dismiss in March, 2007.

     I did, in fact, respond with a Motion for Extension of Time in March, 2007. Please find enclosed a copy of the U.S. Postal delivery receipt. I have been eagerly awaiting a response for some time now. Believe me I will not drop this case. The manner in which I was treated, and many others, must be brought forth.

     I have had numerous conversations with Brett Dignan from Yale Law School and am presently trying to contact her by phone. I will review this motion and prepare to move forward with, or without, Yale's assistance.

     Please find enclosed a copy of the motion mailed on March 28, 2007, for an extension of time.  I look forward to hearing from you in the very near future. Thank you!

                                        Sincerely and Respectfully,

                                        Bobbi L. Bolton, pro se

cc:  ALAN MARC SOLOWAY, Asst. U.S. Atty.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Bobbi L. Bolton,<br><br>               Plaintiff,<br><br>V.<br><br>Bureau of Prisons, William Willingham,<br>David Rentler, Richard Shamro, Becky,<br>Clay, Wesley Pummell, Valerie Smith<br>and John Doe's 8 through 20. | :<br>:<br>:<br>:  CIVIL NO.: 3:06CV1009(AHN)(HBF)<br>:<br>:<br>:<br>:<br>:<br>:  March 27, 2007 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

The Plaintiff, Bobbi L. Bolton, pro se, moves for additional time to respond in the above referenced case.

The purpose of this request is to allow time for the Plaintiff, Bobbi L. Bolton, pro se, to respond to the Defendant's motion to dismiss of the United States and the individually named and unnamed defendant's.

The Plaintiff is not a licensed attorney and is searching for legal assistance in the State of Connecticut to assist her in this litigation. By Plaintiff not having proper legal representation her case will be negatively effected and thereby requests time to file accordingly. Plaintiff hereby requests an extension up to and including June 27, 2007.

This is the first application filed on behalf of Plaintiff for an extension of time.

WHEREFORE, it is prayed that the time to answer and/or file other pleadings on behalf of Plaintiff, be extended up to and including June 27, 2007.

Respectfully submitted,

*Bobbi Bolton, pro se*
Bobbi L. Bolton, pro se

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion was sent via postage prepaid first class mail this 27th day of March, 2007 to:

ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY
157 CHURCH ST. 23RD FLOOR
NEW HAVEN, CT 06508

```
              Bridgeton Post Office
                Bridgeton, Missouri
                    630449998
                 2871440644 -0096
03/28/2007       (314)739-8927        11:49:17 AM

                    Sales Receipt
Product             Sale   Unit         Final
Description         Qty    Price        Price

BRIDGEPORT CT 06604                     $4.05
Priority Mail
 1.10 oz.
 Delivery Confirmation                  $0.50
 Label #:        03062400000346980272
                                        ========
 Issue PVI:                             $4.55

39c SR              1     $0.39         $0.39
Robinson PSA

Total:                                  $4.94

Paid by:
Debit Card                              $14.94
   Account #:          XXXXXXXXXXXX7419
   Approval #:         061362
   Transaction #:      191
   23 903071090
   Receipt#:           007877
   Debit Card Purchase         $4.94
   Cash Back                   $10.00

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000403420390
Clerk: 08

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.

                   Customer Copy
```





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 2400 0003 4698 0272**
Status:

Your item was delivered at 9:34 am on March 30, 2007 in BRIDGEPORT, CT 06604.

Additional information for this item is stored in files offline.

[ Restore Offline Details > ]  (?)    [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing information was sent via postage prepaid first class mail this 4th day of June, 2007, to:

ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY
157 CHURCH ST., 23RD FLOOR
NEW HAVEN, CT 06508