UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BOBBI L. BOLTON              :
                             :           PRISONER
    v.                       :   CASE NO. 3:06cv1009(AHN)
                             :
FEDERAL BUREAU OF PRISONS, et al. :

RULING AND ORDER

On March 9, 2007, the defendants filed a motion to dismiss this action. Plaintiff's response was due on March 30, 2007. To date, the court has not received any opposition to the motion.

Plaintiff recently contacted the court stating that she filed a motion for extension of time to respond to the motion to dismiss and has submitted a copy of the motion along with receipts indicating that the motion was delivered to the Federal Courthouse on March 30, 2007.

There are many federal agencies located within the federal courthouse building. Because the motion was not addressed to the Clerk's Office, it is possible that petitioner's letter was delivered to some other agency.

In light of this information, however, the court will afford plaintiff the requested extension of time. Petitioner is directed to submit her memorandum in opposition to the motion to dismiss on or before **June 27, 2007.** If the court has not received the opposition by that date, it will consider the motion

unopposed.

**SO ORDERED** this 11th day of June, 2007, at Bridgeport, Connecticut.

```
                              /s/
              Alan H. Nevas
              United States District Judge
```