UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Bobbi L. Bolton,<br>　　　　Pro-Se Plaintiff, | : | CIVIL NO.: 3:06CV1009 (AHN) |
| V. | : | |
| | : | Pro-Se Complaint |
| William Willingham, David Rentler<br>Richard Shamro, Becky Clay, Wesley<br>Pummell, Valerie Smith and<br>John Doe's 8 through 20. | : | |
| 　　　　Defendants. | : | April 24, 2008 |

SECOND MOTION FOR EXTENSION OF TIME.

William Willingham, David Rentler, Richard Shamro, Becky Clay, Wesley Pummell and Valerie Smith, by and through their attorneys, Nora Dannehy, Acting United States Attorney, and Alan Marc Soloway, Assistant U.S. Attorney, hereby move this Court to grant an extension of time within which to complete discovery and within which to file dispositive motions.

Defense counsel requests that discovery be extended up to and including June 28, 2008, and requests that the deadline for filing dispositive motions be extended up to and including August 28, 2008

This is the second such motion on behalf of the Defense counsel.

Since the last motion for extension of time plaintiff has traveled from her home in the St. Louis, Missouri area to Connecticut for her deposition.

Plaintiff mistakenly thought that her service of various discovery devices [requests to admit, interrogatories, and requests for production} on the date that discovery was to finish, March 26, 2008, was in compliance with the Court's order of

ORAL ARGUMENT IS *NOT* REQUESTED

January 23, 2008 which extended previous deadlines. The defendants have been diligently working on responding to the discovery served on them but have additional research to do by going through voluminous prison records relating to the time periods referenced in the complaints.

Counsel for the defendants and his colleague, Assistant U.S. Attorney David Nelson, spoke twice with Plaintiff Pro-Se, first on April 22, 2008 and then again earlier today. Plaintiff Pro-Se indicated that she has no objection to the time for discovery and the time for filing dispositive motions being extended out until June 28, 2008 and August 28, 2008 respectively.

WHEREFORE, it is respectfully prayed that the motion be granted.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
CHIEF, CIVIL DIVISION

_____
ALAN MARC SOLOWAY
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET-23RD FL.
NEW HAVEN, CT 06510
(203)821-3700 FAX:(203) 773-5373
FEDERAL BAR NO. ct01581
alan.soloway@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion was sent via postage prepaid first-class mail, this 24th day of April, 2008, to:

Bobbi L. Bolton, Plaintiff Pro-Se
P.O. Box 69126
St. Louis, MO. 63169

Bobbi L. Bolton, Plaintiff Pro-Se
2490 Black Rock Turnpike
#182
Fairfield, Ct. 06430

Bobbi Bolton, Plaintiff Pro-Se
8505 Mora Lane
St. Louis, MO. 63147

Ms. Bobbi Bolton, Plaintiff Pro-Se
3450 Sidney Street
St. Louis, MO.

Les Owen, Esq.
Federal Bureau of Prisons
Consolidated Legal Center, Devens
P.O. Box 880
Ayer, MA. 01432

_____
ALAN MARC SOLOWAY