UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Bobbi L. Bolton, | : | |
| Pro-Se Plaintiff, | : | CIVIL NO.: 3:06CV1009 (AHN) |
| | : | |
| V. | : | |
| | : | Pro-Se Complaint |
| | : | |
| The United States of America | : | |
| | : | |
| Defendants. | : | May 9, 2008 |

**SECOND AMENDED COMPLAINT**

Plaintiff Bobbi L. Bolton amends her first amended complaint with the consent of

defendant's counsel, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

I. **INTRODUCTION**

1. This action is brought pursuant to the Federal Tort Claims Act,

    28

U.S.C.A. § 2671 et seq. to seek redress for injuries suffered by plaintiff

Bobbi L. Bolton, an inmate who at relevant times in the complaint was

incarcerated at the Federal Correction Institution in Danbury, Connecticut,

as a result of the wrongful acts or omissions of the defendant United

States of America.

II. **JURISDICTION**

2. Jurisdiction of this Court is invoked under the provisions of 28

    U.S.C §

1331.

### III. PARTIES

3. At all relevant times referenced in the second amended complaint plaintiff, Bobbie L. Bolton, was a citizen of the United States residing in the State of Connecticut and a prisoner incarcerated at FCI, Danbury.

4. At all relevant times, plaintiff was in the custody and control of the Bureau of Prisons, its agents, servants, and employees. The BOP is an agency of the defendant United States of America.

### CLAIM FOR RELIEF

5. Paragraphs 1-4 of this complaint are hereby made applicable herein as if fully set forth herein.

6. On or about December 13, 2004, Bobbi Bolton was moved from suicide watch to the Special Housing Watch (SHO) and restraints were applied to her.

7. As a result of the negligent placement of the restraints during her stay in the SHU, plaintiff suffered injuries.

WHEREFORE, the plaintiff claims:

A. Compensatory damages.

Respectfully submitted,

PLAINTIFF PRO-SE, BOBBI L. BOLTON

*Bobbi Bolt, pro se*

Bobbi L. Bolton, Plaintiff Pro-Se
3450 Sidney Street
St. Louis, Missouri 63104

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion was sent via postage prepaid first-class mail, this ___ day of May, 2008, to:

Alan Marc Soloway, AUSA
United States Attorneys Office
157 Church Street-23rd Floor
New Haven, Ct. 06510

Les Owen, Esq.
Federal Bureau of Prisons
Consolidated Legal Center, Devens
P.O. Box 880
Ayer, MA. 01432

ALAN MARC SOLOWAY

CERTIFICATION OF SERVICE

I certify that on this 9th day of June, 2008, I sent a copy of the Second Amended Complaint to the following by first class postage prepaid mail:

Bobbi L. Bolton, Esq.
3450 Sidney Street
St. Louis, MO. 63104

Les Owen, Esq.
Supervisory Attorney
FMC-Devens
P.O. Box 880
42 Patton Road
Ayer, MA. 01432

Alan Marc Soloway