UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Bobbi L. Bolton, | : | |
| Pro-Se Plaintiff, | : | CIVIL NO.: 3:06CV1009 (AHN) |
| | : | |
| V. | : | |
| | : | **Pro-Se Complaint** |
| | : | |
| The United States of America | : | |
| | : | |
| Defendants. | : | May /9 , 2008 |

### DISMISSAL WITH PREJUDICE

The parties agree to a dismissal of the above referenced lawsuit with prejudice with each side to bear its own costs.

_Bobbi L. Bolt, pro se_
Bobbi L. Bolton, Plaintiff Pro-Se
AUSA
3450 Sidney Street
St. Louis, Missouri 63104
Fl.
May /9 , 2008
(314) 625-1950

_[signature] - AUSA_
Alan Marc Soloway,

U.S. Attorneys Office
157 Church Street-23rd

New Haven, Ct. 06510
(203) 821-3700
FAX:(203) 773-5373
Federal Bar # CT 01581
alan.soloway@usdoj.gov
5/27/08

## CERTIFICATION OF SERVICE

I certify that on this 9th day of June, 2008, I sent a copy of the Dismissal with Prejudice to the following by first class postage prepaid mail:

Bobbi L. Bolton, Esq.
3450 Sidney Street
St. Louis, MO. 63104

Les Owen, Esq.
Supervisory Attorney
FMC-Devens
P.O. Box 880
42 Patton Road
Ayer, MA. 01432

_____
Alan Marc Soloway